■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CALANDRA, Appellant. [812 NYS2d 375]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered November 23, 2004, convicting him of possessing a sexual performance by a child, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Santucci, Mastro, Rivera and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICK CASTALDI, Appellant. [812 NYS2d 375]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 12, 2005 (*People v Castaldi,* 24 AD3d 567 [2005]), affirming a judgment of the County Court, Suffolk County, rendered October 10, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Schmidt, J.P., Adams, Luciano and Covello, JJ., concur.